## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
**Eric Undra Clark**
1747 Avon Ave
Atlanta, GA 30311

**xxx−xx−9495**

Case No.: **20−71612−lrc**
Chapter: **7**
Judge: **Lisa Ritchey Craig**

### ORDER OF DISMISSAL FOR FAILURE TO APPEAR AT SECTION 341 MEETING OF CREDITORS

Whereas the debtor has failed to attend the meeting of creditors pursuant to 11 U.S.C. Section 341; and after consideration and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The above−styled case is dismissed; and,

2. Any unpaid filing fees are due payable by the Debtor(s) to the Clerk of Court immediately.

**IT IS FURTHER ORDERED** that a copy of this order be mailed to the Debtor(s), the attorney for the Debtor(s), the Trustee, the United States Trustee, all creditors and other parties in interest.

_/s/ Lisa Ritchey Craig_
Lisa Ritchey Craig
United States Bankruptcy Judge

Dated:   January 7, 2021

Form 185